STATE OF LOUISIANA * NO. 2021-KA-0494

VERSUS * COURT OF APPEAL

ANTOINE EDWARDS * FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*
* * * * * * *


*JCL* **LOBRANO. J., CONCURS IN THE RESULT.**